FEBRUARY 4, 1952.

No. 497. ILLINOIS ET AL. v. UNITED STATES ET AL.; and
No. 498. CHICAGO v. UNITED STATES ET AL.

*Per Curiam:* The motions to affirm, in No. 497, are granted and the judgment is affirmed. *Ivan A. Elliott,* Attorney General, *William R. Ming, Jr.,* Special Assistant Attorney General, and *Milton Mallin,* Assistant Attorney General, for the State of Illinois et al.; and *Walter E. Wiles* for the Village of Flossmoor et al., appellants in No. 497. *Joseph F. Grossman* for appellant in No. 498. He also filed a brief for the City of Chi-

cago, as *amicus curiae,* supporting appellants in No. 497. *Daniel W. Knowlton* and *J. Stanley Payne* for the Interstate Commerce Commission; and *Erle J. Zoll, Jr., Charles A. Helsell, John W. Freels* and *Herbert J. Deany* for the Illinois Central Railroad Co., appellees in No. 497. ▮